1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

MCKENZIE MARIE EARLEY,

  Defendant.

Case No.   25-MJ-2343

ORDER OF DETENTION

I.

On May 16, 2025, Defendant McKenzie Marie Earley made her initial appearance on the criminal complaint filed in this matter. Defendant was represented by retained counsel, Kathryn McBroom. The government was represented by Assistant U.S. Attorney Andrew Brown. Defendant submitted on the recommendation of detention in the report prepared by U.S. Probation and Pretrial Services.

☒    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☐    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)] .  The Court

1    also considered all the evidence adduced at the hearing, the arguments of counsel,
2    and the report and recommendation of the U.S. Pretrial Services Agency.

3                                              IV.

4        The Court bases its conclusions on the following:

5        As to risk of non-appearance:

6            ☒        Defendant is currently in state custody serving a sentence
7    following a conviction for conspiracy to shoplift and is not eligible for release on
8    parole until July 2026;

9            ☒        Defendant has not offered any bail resources

10

11

12       As to danger to the community:

13           ☒        Defendant is currently in custody – see above

14           ☒        seriousness of allegations in complaint – conspiracy to launder
15   proceeds of wire fraud and to distribute fentanyl and methamphetamine; defendant
16   has admitted to trafficking in narcotics and to shooting another person.

17

18       The Court finds that release on bail would pose both a risk of flight and a
19   danger to others and to the community.

20

21                                             V.

22       IT IS THEREFORE ORDERED that the defendant be detained until trial.
23   The defendant will be committed to the custody of the Attorney General for
24   confinement in a corrections facility separate, to the extent practicable, from
25   persons awaiting or serving sentences or being held in custody pending appeal.
26   The defendant will be afforded reasonable opportunity for private consultation
27   with counsel.  On order of a Court of the United States or on request of any
28   attorney for the Government, the person in charge of the corrections facility in

1  which defendant is confined will deliver the defendant to a United States Marshal

2  for the purpose of an appearance in connection with a court proceeding.

3  [18 U.S.C. § 3142(i)]

4
   Dated: May 16, 2025

5                                              _____/s/_____

6                                              ALKA SAGAR
                                               UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28